# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIRELLA COUTO<br>5757 Dow Avenue<br>Apartment 442<br>Alexandria, VA 22304<br><br>*Plaintiff*,<br><br>v.<br><br>KRISTJEN M. NIELSON, Secretary<br>U.S. DEPARTMENT OF HOMELAND<br>SECURITY<br>245 Murray Lane SW<br>Washington, DC 20528<br><br>*Defendant.* | )<br>)<br>)<br>)<br>) Case No. _____<br>)<br>)<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT

COMES NOW Plaintiff Mirella Couto ("Plaintiff") by and through her counsel, Morris E. Fischer, Esq., hereby submits the following Complaint, on information and belief formed after reasonable inquiry under the circumstances, against Defendant Department of Homeland Security ("Defendant").

### JURISDICTION, PARTIES, & EXHAUSTION

1. This action is brought under the Age Discrimination in Employment Act 29 U.S.C. § 621 *et. seq.* ("ADEA").

2. This Court has jurisdiction pursuant to 28 U.S.C. § 1331.

3. Jurisdiction is based on Sections 4 and 7 of the ADEA, 29 U.S.C. §§ 623 and 626.

4. There is an actual controversy between Plaintiff and Defendant.

5. Plaintiff is an individual who resides at 5757 Dow Avenue, Apartment 442, Alexandria, VA 22304.

1

6. Defendant is a federal agency located at 245 Murray Lane, SW Washington, DC 20528.

7. Plaintiff timely filed her formal EEOC complaint for age discrimination on May 18, 2018 pursuant to 29 U.S.C. § 633a(d).[1]

8. The EEOC issued Plaintiff a right to sue letter.

9. Plaintiff received her right to sue letter on May 25, 2018 (Exhibit 1).

10. Plaintiff has exhausted all of her administrative requirements.

## FACTS

11. Plaintiff was born on September 26, 1963.

12. In 1987, Plaintiff started working for U.S. Customs Service.

13. U.S. Customs Service became Customs and Border Protection ("CBP").

14. Plaintiff then started working for CBP.

15. Plaintiff has been working for Defendant since 1987.

16. Plaintiff is currently a GS-14 CBP Officer, Program Manager for Mission Support Directorate under the Labor Employee Relations and Policy branch.

17. Plaintiff is stationed in Washington, DC.

18. In July 2015, Plaintiff transferred to her position as Program Manager, which is located in Washington, DC.

19. Before her transfer, Plaintiff was the Assistant Director Border Security GS-15 and Assistant Director Trade GS-14 from February 2009 to July 2015.

20. Plaintiff was previously a GS-15.

21. Plaintiff downgraded from a GS-15 to a GS-14 in July 2015, when she began working for the Mission Support Directorate in Washington, DC.

---

[1] *Rann v. Chao*, 346 F.3d 192, 195 (D.C. Cir. 2003) (A federal employee "may bring a claim directly to federal court so long as, within 180 days of the allegedly discriminatory act, he provides the EEOC with notice of his intent to sue at least 30 days before commencing suit").

22. Plaintiff moved to Washington, DC to further her career with Defendant.

23. Plaintiff has eighteen years of supervisory experience with Defendant.

24. Within those eighteen years, Plaintiff held positions such as second line supervisor, assistant port director, assistant director, and port director.

25. Plaintiff completed her job duties in a professional and satisfactory manner since 1987.

26. Plaintiff had not had disciplinary issues.

27. Plaintiff has passed all of her performance evaluations.

28. Between 2015 and 2018, Plaintiff has applied to more than fifty jobs with the CBP.

29. Plaintiff has not been selected for any of the jobs that she has applied to with CBP between 2015 and 2018.

30. On August 2, 2017, Plaintiff met with Deputy Executive Assistant Commissioner John Wagner.

31. Plaintiff told him about her problems getting hired to lateral positions.

32. On August 3, 2017, Plaintiff emailed Mr. Wagner a formal memorandum requesting a lateral reassignment.

**Job Announcement Number MHCMP- 1926287, El Paso, TX**

33. On March 31, 2017, Plaintiff applied for job announcement number MHCMP- 1926287 via USA Jobs.

34. That job was for Supervisory CBP Officer, Assistant Port Director, GS-1895-15.

35. That job was located in El Paso, TX.

36. Plaintiff made the best qualified list.

37. Plaintiff was not formally notified of her non-selection for job announcement number MHCMP- 1926287.

38. Plaintiff had a reasonable suspicion that she was not selected for this position.

39. Defendant selected Samuel Cleaves for job announcement number MHCMP- 1926287.

40. Mr. Cleaves is substantially younger than Plaintiff.

41. Assistant Director Ray Provencio was involved in the hiring process for job announcement number MHCMP- 1926287.

42. Plaintiff and Mr. Provencio know each other very well.

43. Mr. Provencio knows that Plaintiff is over forty years old.

44. Plaintiff was qualified for job announcement number MHCMP- 1926287.

45. Plaintiff was the best qualified individual for job announcement number MHCMP- 1926287.

**Job Announcement Number MHCMP-1935529, Houston, TX**

46. On April 3, 2017, Plaintiff applied for job announcement number MHCMP-1935529 via USA Jobs.

47. That job was for Supervisory CBP Officer, Assistant Port Director of Trade, GS-1895-14.

48. That job was located in Houston, TX.

49. Plaintiff made the best qualified list for job announcement number MHCMP-1935529.

50. Plaintiff was not formally notified of her non-selection for job announcement number MHCMP-1935529.

51. Plaintiff found out after January 14, 2018 that she was not selected for job announcement number MHCMP-1935529.

52. Plaintiff was qualified for job announcement number MHCMP-1935529.

53. Plaintiff was the best qualified individual for job announcement number MHCMP-1935529.

54. Defendant hired Michael Fredella for job announcement MHCMP-1935529.

55. Mr. Fredella is substantially younger than Plaintiff.

56. Director of Field Operations Judson W. Murdock was the deciding official for job announcement number MHCMP-1935529.

57. Mr. Murdock knows that Plaintiff is over forty years old.

**Job Announcement Number MHCMP-1929220, Washington, DC**

58. On April 18, 2017, Plaintiff applied for job announcement number MHCMP-1929220-LEK via USA Jobs.

59. That job was for the position of Assistant Director Field Operations, GS-1895-15, Pre-clearance Operations.

60. That job was located in CBP headquarters in Washington, DC.

61. Plaintiff made the best qualified list for job announcement number MHCMP-1929220-LEK.

62. On December 15, 2017, Plaintiff learned through a CBP email announcement that she was not selected for job announcement number MHCMP-1929220-LEK.

63. On December 19, 2017, Plaintiff learned that she was not selected for the position of Assistant Director Field Operations, GS-1895-15, Pre-clearance Operations under job announcement number MHCMP-1929220-LEK from a formal disposition letter from USA Jobs.

64. Plaintiff was qualified for job announcement number MHCMP-1929220.

65. Plaintiff was the best qualified individual for job announcement number MHCMP-1929220.

66. Rebekah Bacon was selected for this position.

67. Ms. Bacon was the Acting Assistant Director of Field Operations before Defendant selected her.

68. Ms. Bacon is substantially younger than Plaintiff.

69. Plaintiff has more supervisory experience than Ms. Bacon.

70. Plaintiff has nine years of experience being an Assistant Director of Field Operations.

71. Adam Rottman is the Director, Field Operations, Pre-Clearance.

72. Mr. Rottman is the management official responsible for Plaintiff's non-selection.

**Job Announcement Number MHCMP-1938213, Washington, DC**

73. On April 25, 2017, Plaintiff applied for job announcement number MHCMP- 1938213.

74. That job was for Supervisory CBP Officer, Program Manager, GS-1895-15.

75. That job was located in CBP headquarters in Washington, DC.

76. On November 22, 2017, USA Jobs notified Plaintiff that the selecting official returned the certificate unused.

77. A certificate returned unused indicates that Defendant did not select anyone for the job from the best qualified list.

78. Plaintiff made the best qualified list for job announcement number MHCMP- 1938213.

79. Plaintiff interviewed for the job.

80. Plaintiff's interview went well.

81. The deciding official for job announcement number MHCMP- 1938213 was Director Suzanne Shepherd.

82. Ms. Shepherd knew that Plaintiff was over forty years old.

83. Plaintiff was qualified for job announcement number MHCMP- 1938213.

84. Plaintiff was the best qualified individual for job announcement number MHCMP-1938213.

85. The chosen candidate is substantially younger than Plaintiff.

**Job Announcement Number MHCMP-1983540, El Paso, TX**

86. On July 21, 2017, Plaintiff applied for job announcement number MHCMP- 1983540 via USA Jobs.

87. That job was for Supervisory CBP Officer, Watch Commander, GS-1895-14.

88. That job was located in El Paso, TX.

89. Plaintiff was not formally notified of her non-selection for job announcement number MHCMP- 1983540.

90. Plaintiff found out after January 14, 2018 that she was not selected for job announcement number MHCMP- 1983540 through a friend.

91. Plaintiff made the best qualified list for job announcement number MHCMP- 1983540.

92. Plaintiff was in Puerto Rico working for Defendant for the entire month of October 2017.

93. Plaintiff was in Puerto Rico helping with Hurricane Maria Resumption Operations serving as a Watch Commander in one of the command centers when Defendant notified her that she was selected for an interview.

94. However, Plaintiff did not interview for job announcement number MHCMP- 1983540.

95. Plaintiff had very limited access to computer connectivity, telephones, or cellphones while she was in Puerto Rico for work.

96. The communication grid in Puerto Rico was completely devastated and only emergency authorities had communication via satellite phones and data lines.

97. Defendant was only using one satellite telephone to run the Puerto Rico operation.

98. Personnel in El Paso's Port Director's office coordinated the interviews for job announcement number MHCMP- 1983540.

99. Plaintiff emailed personnel in El Paso's Port Director's office via CBP formal email.

100. Plaintiff used a satellite line, which IT allowed her to do.

101. The interview panel knew that Plaintiff was in Puerto Rico and that she could not conduct the interview while she was there.

102. Plaintiff managed to keep El Paso personnel aware of her connectivity issues and that she would not be able to conduct the interview while she was in Puerto Rico.

103. The interview panel cancelled Plaintiff's interview and did not let her interview for the position.

104. The interview panel never rescheduled the interview.

105. Assistant Director Ray Provencio was involved in the hiring process for job announcement number MHCMP-1983540.

106. Plaintiff and Mr. Provencio know each other.

107. Mr. Provencio knows that Plaintiff is over forty years old.

108. Defendant hired Auden Ramos for job announcement number MHCMP- 1983540.

109. Mr. Ramos is substantially younger than Plaintiff.

110. Plaintiff is more qualified than Mr. Ramos.

111. Plaintiff was qualified for job announcement number MHCMP- 1983540.

112. Plaintiff was the best qualified individual for job announcement number MHCMP- 1983540.

**Job Announcement Number CBPHC-2007485, Glynco, GA**

113. On September 25, 2017, Plaintiff applied for job announcement number CBPHC- 2007485 via USA Jobs.

114. That job was for Supervisory CBP Officer, Program Manager, GS-1895-15.

115. That job was located in Glynco, GA.

116. Plaintiff was not formally notified of her non-selection for job announcement number CBPHC- 2007485.

117. Plaintiff had a reasonable suspicion that she was not selected for job announcement number CBPHC- 2007485.

118. Plaintiff found out after January 14, 2018 that she was not selected for job announcement number CBPHC- 2007485.

119. Plaintiff was qualified for job announcement number CBPHC- 2007485.

120. Plaintiff was the best qualified individual for job announcement number CBPHC- 2007485.

121. Defendant selected Christopher R. Holtzer for job announcement number CBPHC- 2007485.

122. Mr. Holtzer is substantially younger than Plaintiff.

123. Plaintiff's experience far exceeds Mr. Holtzer's relevant experience.

**Job Announcement Number OFO-IMP-10060374-AML, New York, NY**

124. On November 4, 2017, Plaintiff applied for job announcement number OFO-IMP-10060374-AML via USA Jobs.

125. That job was for the position of Assistant Director of Border Security, GS-1895-15.

126. That job was located in New York, NY field office.

127. On January 31, 2018, Plaintiff learned that she was not selected for the position of Assistant Director, Border Security, GS-1895-15 under job announcement number OFO-IMP-10060374-AML.

128. Plaintiff was qualified for job announcement number OFO-IMP-10060374-AML.

129. Plaintiff was the best qualified individual for job announcement number OFO-IMP-10060374-AML.

130. Plaintiff made the best qualified list for job announcement number OFO-IMP-10060374-AML.

131. Plaintiff never received an official notice of non-selection.

132. On January 31, 2018, Plaintiff found out that she was not selected for the position.

133. On January 31, 2018, Plaintiff received a public announcement from Defendant congratulating the selectee.

134. Louis Carducci, Jr. was selected for the position.

135. Mr. Carducci is substantially younger than Plaintiff.

136. Mr. Carducci only has experience working in the New York Field Office.

137. Mr. Carducci has less than twenty years of service with Defendant.

138. Plaintiff is more qualified than Mr. Carducci for the position.

139. Plaintiff held a similar position for more than five years.

140. From 2009 to 2015, Plaintiff was the Assistant Director in San Juan, Puerto Rico.

141. Leon Hayward is the Director, Field Operations for the New York Field Office.

142. Mr. Hayward is the management official responsible for Plaintiff's non-selection.

143. Mr. Hayward was the recommending official for this announcement.

144. Executive Assistant Commissioner Todd Owen made the final selection for this position.

145. Mr. Owen knows that Plaintiff is over forty years old.

## COUNT I
### (AGE DISCRIMINATION IN VIOLATION OF THE ADEA 29 U.S.C. § 623)

146. Plaintiff incorporates and re-alleges the prior allegations as if fully set forth herein.

147. This action is brought pursuant to the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 621, et. seq., for employment discrimination on the basis of age.

148. Plaintiff is over forty years old.

149. The aforesaid discriminatory treatment by Defendant toward Plaintiff caused tangible harm to Plaintiff in that they affected the terms, conditions, and privileges of her employment.

150. Defendant had an adverse action against Plaintiff when it did not award her the jobs.

151. Other similarly situated employees not of Plaintiff's age group were not subject to the same conditions of employment as Plaintiff.

152. A causal connection exists between Defendant's aforesaid actions and Plaintiff's age.

153. Plaintiff's age was a motivating factor in Defendant not awarding her any jobs.

154. Defendant's aforementioned conduct and statements directly reflects on a discriminatory attitude toward Plaintiff.

155. Defendant's actions constituted a violation of Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 621, *et. seq.*

156. In addition to the above, Plaintiff has suffered anguish, anxiety, fear, helplessness, shock, humiliation, insult, embarrassment, loss of self-esteem, and other damages.

157. The non-selections are holding back Plaintiff's career.

158. Defendant's conduct was malicious, willful, and intentional.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment against the Agency as follows:

a. All backpay and economic damages;

b. GS-15 promotion;

c. Defendant to provide Plaintiff with a lateral transfer to Puerto Rico or Texas;

d. Attorneys' fees;

e. Costs and interest;

f. And any other relief the Court may deem proper.

Dated: August 20, 2018                    Respectfully Submitted,

*/s/ Morris E. Fischer*
Morris E. Fischer, Esq.
DC Bar No. 490369
Morris E. Fischer, LLC
8720 Georgia Avenue
Suite 210
Silver Spring, MD 20910
Morris@mfischerlaw.com
(301) 328-7631 phone
(301) 328-7638 fax
*Attorney for Plaintiff*

## PLAINTIFF'S JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38, Plaintiff by counsel herein serves his jury demand upon Defendant. Plaintiff hereby demands a jury trial on all issues so triable.

Dated: August 20, 2018                    Respectfully Submitted,

*/s/ Morris E. Fischer*
Morris E. Fischer, Esq.
DC Bar No. 490369
Morris E. Fischer, LLC
8720 Georgia Avenue
Suite 210
Silver Spring, MD 20910
Morris@mfischerlaw.com
(301) 328-7631 phone
(301) 328-7638 fax

*Attorney for Plaintiff*